1: 01-CV-907

(6) 6/11/9
K/DB 5

FILED
SCRANTON

JUN 08 2001

PER _____
DEPUTY CLERK

Jason Travis Stevens
 -v-

Kathlene Hawk-Sawyer

Change of address since 5/17/01

Jason Travis Stevens 10182-036

Federal Medical Center
PO Box 4000
Springfield, MO 65801-4000

Please forward a copy of the complaint to me, and any other documents since 5/17/01.

Thank you,

Jason Stevens