IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JASON STEVENS,        )
    Plaintiff,    )
                  )   CASE NO. 1:01-CV-00907
   v.             )
                  )
    Defendant.    )

**A F F I D A V I T**

FILED
SCRANTON
JUN 1 1 2001
PER _____
DEPUTY CLERK

I, Michelle Mertz, hereby state:

(1) I am employed as a Legal Assistant at the Federal Correctional Complex, (FCC), Allenwood, Pennsylvania. I have served in that capacity since May 1998.

(2) The petitioner, Jason Stevens - Reg. No. 10182-036, is presently on Federal Writ. Inmate Stevens has been on writ since October 19, 2000. Prior to being released on Federal Writ, inmate Stevens was incarcerated at the United States Penitentiary, Allenwood, (USP Allenwood).

(3) The following is a synopsis of the financial transactions in the inmate commissary account maintained by inmate Stevens at USP Allenwood for the month of October 2000.

    a. Prison account

| | |
|---|---|
| 1. Present Balance | $ .03 |
| 2. Total Amount of Deposits During Past Six Months | $ 0.00 |
| 3. Average Monthly Balance | $ .03 |
| 4. Average Monthly Deposits | $ 0.00 |

    b. Employment (average monthly wage):    $ 0.00

(4) I have attached a true and correct copy of the record of the transactions of the prisoner's account which occurred since October 2000.

(5) The above information set forth in this form is true and correct to the best of my knowledge, information and belief.

                                                *Michelle Mertz*
                                                Michelle Mertz
                                                Legal Assistant

June 8, 2001

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JASON STEVENS,<br>  Plaintiff,<br><br>  v.<br><br>  Defendant. | )<br>)<br>) CASE NO. 1:01-CV-00907<br>)<br>)<br>)<br>) |

### CERTIFICATE OF SERVICE

 The undersigned hereby certifies that she is an employee of the United States Department of Justice, Federal Bureau of Prisons, and is a person of such age and discretion as to be competent to serve papers.

 That on June 8, 2001, she served copies of the attached:

<u>PRISON TRUST ACCOUNT FOR INMATE JASON STEVENS, REG. NO. 10182-036</u>

by delivering the documents in an envelope address to the persons hereinafter named, at the place and address stated below.

ADDRESSEE:  Inmate Jason Stevens
       Reg. No. 10182-036
       United States Medical Center for Federal Prisoners
       P O Box 4000
       Springfield, MO 65801-4000

              *Michelle Mertz*
              Michelle Mertz
              Legal Assistant

June 8, 2001

```
                         ACCOUNT
                         STATEMENT
USP ALLENWOOD-LIMITED OFFICIAL USE        DATE 05/04/01
P.O. BOX 3500                             PAGE NO. 01
WHITE DEER, PA  17810
```

Account # 16032036

STEVENS, JASON T
ADM DET
REL WAIT 10-19-00

| BEGINNING | AVAILABLE BALANCE | ENCUMBRANCE BALANCE | OUTSTANDING BALANCE | SPECIAL BALANCE | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| | 35.34- | 35.97 | .00 | .00 | .03 |

| INVOICE | TIME | DATE | TRANSACTION DESCRIPTION | AMOUNT | |
|---|---|---|---|---|---|
| STAMPS | 15:48 | 10-25-00 | ENC. / DISCIPLINE | 8.58- | .03 |
| STAMPS | 15:45 | 10-12-00 | ENC. / DISCIPLINE | 25.40 | .03 |
| STAMPS | 15:32 | 10-23-00 | ENC. / DISCIPLINE | 5.60- | .03 |

**** TRANSACTION TOTAL ****     .00

| ENDING | AVAILABLE BALANCE | ENCUMBRANCE BALANCE | OUTSTANDING BALANCE | SPECIAL BALANCE | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| | 76.55- | 76.56 | .00 | .00 | .03 |