⑧
7/23/01
sc

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

JASON TRAVIS STEVENS,          :
                               :
        Plaintiff              :   CIVIL NO. 1:CV-01-0907
                               :
    v.                         :   (Judge Kane)
                               :
KATHLEEN M. HAWK-SAWYER, ET AL.,:
                               :
        Defendants             :

FILED
HARRISBURG, PA

JUL 19 2001

MARY E. D'ANDREA, CLERK
Per _____
          Deputy Clerk

ORDER

AND NOW, THIS 17th DAY OF July 2001, IT IS HEREBY ORDERED THAT:

1.  Plaintiff's motion to proceed in forma pauperis is construed as a motion to proceed without full prepayment of fees and costs and the motion is granted.[1]

2.  The United States Marshal is directed to serve Plaintiff's complaint on the Defendants named therein.

                                    YVETTE KANE
                                    United States District Judge

YK:dlb

---

1. Stevens completed this court's form application to proceed in forma pauperis and authorization to have funds deducted from his prison account. The court then issued an Administrative Order directing the warden at his present place of confinement to commence deducting the full filing fee from Plaintiff's prison trust fund account.

```
          UNITED STATES DISTRICT COURT
                   FOR THE
          MIDDLE DISTRICT OF PENNSYLVANIA

          * * MAILING CERTIFICATE OF CLERK * *

                   July 20, 2001
```

Re:  1:01-cv-00907    Stevens v. Hawk-Sawyer

True and correct copies of the attached were mailed by the clerk to the following:

```
Jason Travis Stevens
FMC-SPRINGFIELD
10182-036
Federal Medical Center
P.O. Box 4000
Springfield, MO  65808
```

```
cc:
Judge                    (✓)          (✓) Pro Se Law Clerk
Magistrate Judge         ( )          ( ) INS
U.S. Marshal             ( )          ( ) Jury Clerk
Probation                ( )
U.S. Attorney            ( )
Atty. for Deft.          ( )
Defendant                ( )
Warden                   ( )
Bureau of Prisons        ( )
Ct Reporter              ( )
Ctroom Deputy            ( )
Orig-Security            ( )
Federal Public Defender  ( )
Summons Issued           (✓) with N/C attached to complt. and served by:
                             U.S. Marshal (✓)    Pltf's Attorney ( )
Standard Order 93-5      ( )
Order to Show Cause      (✓) with Petition attached & mailed certified mail
                          to: US Atty Gen  ( )   PA Atty Gen ( )
                              DA of County ( )   Respondents ( )
Bankruptcy Court         ( )
Other_____  ( )
```

MARY E. D'ANDREA, Clerk

DATE: 7-20-01          BY: _____
                           Deputy Clerk