FILED
SCRANTON

JUL 2 3 2001

PER _____
DEPUTY CLERK

Jason Travis Stevens
USP-ALLENWOOD
Maximum Security Correct. Inst.
10182-036
P.O. Box 3000
White Deer, PA  17887


           Re: 1:01-cv-00907

           ------------------------------



           ------------------------------

Please file all pleadings directly with the Clerk's Office in which
the assigned Judge is located.  Do not file any courtesy copies
with the Judge's Chambers.

JUDICIAL OFFICERS:                        CLERK'S OFFICE ADDRESS:

Judge Sylvia H. Rambo                     U.S. District Court
Judge Yvette Kane                            228 Walnut Street
Judge William W. Caldwell                 P.O. Box 983
Magistrate Judge J. Andrew Smyser         Harrisburg, PA  17108

------------------------------------------------------------------

Chief Judge Thomas I. Vanaskie            U.S. District Court
Judge A. Richard Caputo                   235 N. Washington Ave.
Judge James M. Munley                        P.O. Box 1148
Judge William J. Nealon                   Scranton, PA  18501
Judge Richard P. Conaboy
Judge Edwin M. Kosik
Magistrate Judge Malachy E. Mannion
Magistrate Judge Thomas M. Blewitt

------------------------------------------------------------------

Judge James F. McClure                    U.S. District Court
Judge Malcolm Muir                        240 West Third Street
                                          Suite 218
                                          Williamsport, PA  17701

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

July 24, 2001

Re:  1:01-cv-00907    Stevens v. Hawk-Sawyer

True and correct copies of the attached were mailed by the clerk
to the following:

Jason Travis Stevens
FMC-SPRINGFIELD
10182-036
Federal Medical Center
P.O. Box 4000
Springfield, MO  65808

cc:
Judge                      (  )                    (  ) Pro Se Law Clerk
Magistrate Judge           (  )                    (  ) INS
U.S. Marshal               (  )                    (  ) Jury Clerk
Probation                  (  )
U.S. Attorney              (  )
Atty. for Deft.            (  )
Defendant                  (  )
Warden                     (  )
Bureau of Prisons          (  )
Ct Reporter                (  )
Ctroom Deputy              (  )
Orig-Security              (  )
Federal Public Defender    (  )
Summons Issued             (  ) with N/C attached to complt. and served by:
                                U.S. Marshal (  )    Pltf's Attorney (  )
Standard Order 93-5        (  )
Order to Show Cause        (  ) with Petition attached & mailed certified mail
                                to:  US Atty Gen   (  )  PA Atty Gen (  )
                                     DA of County  (  )  Respondents (  )
Bankruptcy Court           (  )
Other_____    (  )

                                           MARY E. D'ANDREA, Clerk

DATE: _____    BY: _____
                                           Deputy Clerk