1-1-907

Jason Travis Stevens
FMC-SPRINGFIELD
10182-036
Federal Medical Center
P.O. Box 4000
Springfield, MO  65808

Re: 1:01-cv-00907

Please file all pleadings
the assigned Judge is loc[ated]
with the Judge's Chambers

JUDICIAL OFFICERS:

Judge Sylvia H. Rambo
Judge Yvette Kane
Judge William W. Caldwell                228 Walnut Street
Magistrate Judge J. Andrew Smyser        P.O. Box 983
                                         Harrisburg, PA  17108

---

Chief Judge Thomas I. Vanaskie           U.S. District Court
Judge A. Richard Caputo                  235 N. Washington Ave.
Judge James M. Munley                    P.O. Box 1148
Judge William J. Nealon                  Scranton, PA  18501
Judge Richard P. Conaboy
Judge Edwin M. Kosik
Magistrate Judge Malachy E. Mannion
Magistrate Judge Thomas M. Blewitt

---

Judge James F. McClure                   U.S. District Court
Judge Malcolm Muir                       240 West Third Street
                                         Suite 218
                                         Williamsport, PA  17701