FILED
SCRANTON
AUG - 3 2001
PER _____
DEPUTY CLERK

7-27-01

CV 1:01 - 00907

Dear Clerk of Courts

On June 8, 2001, Michelle Martz of the Legal Department, Federal Bureau of Prisons filed a Affidavit in regards to my account.

Has the court granted permission to proceed without prepayment of fees?

I have received no communication or documents from the court since I filed this action.

I also need a copy of the complaint as I had no access to copying at the time I filed the complaint.

Your response would be most appreciated.

Sincerely,

Jason Stevens

JASON TRAVIS STEVENS
DOC # 44543-F
MAINE STATE PRISON
BOX A
Thomaston, MAINE