August 6, 2001

Jason Travis Stevens
Box A
Thomaston, Maine 04861

# 1:01-CV-00907

Dear Clerk of Courts,

I have written to the court several times and have got no response.

I am trying to find out if my Application To Proceed Without Prepayment of Fees has been granted.

I am also trying to get a copy of the complaint as I had no means of making a copy at the time.

Your response would be appreciated.

Respectfully,

Jason Travis Stevens

RECEIVED
SCRANTON
AUG 10 2001
PER _____
DEPUTY CLERK

# United States District Court

_____ DISTRICT OF _____

Jason Stevens _____ Plaintiff )
                                    )
v.                                  )   Docket No. 1:01 CV 00907
                                    )
Hawk-Sawyer _____ Defendant )

Prisoner's name: Jason Stevens

Institution: MSP-MCI

**FILED**
**SCRANTON**
AUG 1 0 2001
PER _____
DEPUTY CLERK

## CERTIFICATE

(To be Completed by the Institution for Prisoners)
(To be used in civil and criminal cases)

I hereby certify as follows:

The prisoner has the sum of $ 9.23 on account to his/her credit at this institution.

During the past six months, the prisoner's average monthly balance was $ 3.82.

During the past six months, the prisoner's average deposits were $ 10.83.

An account statement showing the past six months' transactions in the prisoner's account:

☒ is attached     ☐ is not available at this institution

Date: 5/17/01

_____
Authorized Institutional Officer

```
05/16/2001 10:49        DEPARTMENT OF CORRECTIONS           Page    1  Of    2
MPVFAXO                     MAINE STATE PRISON                       OTRTASTA

                    T R U S T   A C C O U N T   S T A T E M E N T


DOC:  44543      Name: STEVENS, JASON TRAVIS                  DOB: 02/06/195
LOCATION: MSP-MCI


ACCOUNT BALANCES  Total :       9.23    CURRENT:      9.23   HOLD:      0.00



                              11/16/2000     05/16/2001
SUB ACCOUNT                 START BALANCE   END BALANCE
-----------------------------------------------------------------
REGULAR                         0.00          9.23

BONDS                           0.00          0.00

SAVINGS                         0.00          0.00

WORK RELEASE                    0.00          0.00

                        DEBTS AND OBLIGATIONS

TYPE     PAYABLE                INFO NUMBER        AMOUNT OWING   AMOUNT PAI
-----------------------------------------------------------------------------
           TRANSACTION DESCRIPTIONS --                  REGULAR  SUB-ACCOUNT

DATE        TYPE    TRANSACTION DESCRIPTION   TRANSACTION AMT     BALANC
-----------------------------------------------------------------------------
04/17/2001  AD     Cash on Arrival                      0.00           0.00
04/25/2001  REF    Refund/MCC                           1.65           1.65
04/26/2001  MPO    MCI Postage BRETT BABER/   (         0.34)          1.31
                   STEVENS
04/27/2001  MPO    MCI Postage CLERFK OF      (         0.55)          0.76
                   COURTS
04/30/2001  MPO    MCI Postage ATTY BRETT     (         0.55)          0.21
                   BOBER/ STEVENS
05/07/2001  MRM    MRM/FRANCES BOWEN                   20.00          20.21
05/08/2001  MPO    MCI Postage FED JUDICAL    (         0.34)         19.87
                   CENTER/ STEVENS
05/09/2001  MPO    MCI Postage STEVENS/TERESA (         0.34)         19.53
                   GREELEY
05/10/2001  MPO    MCI Postage STEVENS        (         3.79)         15.74
05/10/2001  MPO    MCI Postage STEVENS        (         3.79)         11.95
05/11/2001  MPO    MCI Postage MIKE EASLER/   (         0.34)         11.61
                   STEVENS
05/14/2001  MPO    MCI Postage TIMOTHY        (         0.34)         11.27
```

```
05/16/2001 10:49           DEPARTMENT OF CORRECTIONS              Page     2  Of     2
MPVFAXO                       MAINE STATE PRISON                             OTRTASTA
                        T R U S T   A C C O U N T   S T A T E M E N T


DOC:  44543         Name: STEVENS, JASON TRAVIS                    DOB: 02/06/195
LOCATION: MSP-MCI


  DATE      TYPE      TRANSACTION DESCRIPTION      TRANSACTION AMT        BALANC
-------------------------------------------------------------------------------
                     TERRANOVA/ STEVENS
05/14/2001 MPO       MCI Postage FRANCES BOWEN/ (       0.34)              10.93
                     STEVENS
05/14/2001 MPO       MCI Postage MIKE EASLER/   (       0.34)              10.59
                     STEVENS
05/14/2001 MPO       MCI Postage FRANCES BOWEN/ (       0.34)              10.25
                     STEVENS
05/14/2001 MPO       MCI Postage US MARSHALL    (       0.34)               9.91
                     SERVICE/ STEVENS
05/15/2001 MPO       MCI Postage HELPING HAND   (       0.34)               9.57
                     THRIFT/ STEVENS
05/15/2001 MPO       MCI Postage FRANCES BOWEN/ (       0.34)               9.23
                     STEVENS
```

MAY-16-2001  14:54        MAINE CORRECTIONAL CENTER            207 893 7001    P.01
                                                               Date : 05/16/2001

## Account Activity Ledger

From : 11/30/2000   To : 05/16/2001                            Time : 14:04

| Comment | Trx Date | Time | Batch /Inv # | Trx Type | Invoice | Deposit | Withdrawal | Balance Forward |
|---|---|---|---|---|---|---|---|---|
| ID 44543 Name STEVENS, JASON T  Block MPU | | | | | | | | |
| | | | | | | 0.00 | | 0.00 |
| Initial Entry | 11/30/2000 | 09:46 | B#9278 | D | | 25.00 | | 25.00 |
| BOWEN, FRANCES PMO | 12/07/2000 | 08:12 | B#9327 | D | | | | 5.54 |
| Sales Transaction | 12/07/2000 | 10:48 | I#192537 | I | 19.46 | | | 0.22 |
| Sales Transaction | 12/12/2000 | 10:22 | I#193023 | I | 5.32 | | | 20.22 |
| GREELEY, TERESA PMO | 02/12/2001 | 10:22 | B#9787 | D | | 20.00 | | 10.22 |
| Sales Transaction | 02/15/2001 | 10:14 | I#200678 | I | 10.00 | | | 5.65 |
| Sales Transaction | 02/20/2001 | 10:11 | I#201166 | I | 4.57 | | | 1.65 |
| TOWARD FILING FEES O | 03/27/2001 | 09:44 | B#10051 | W | | | -4.00 | 0.00 |
| MCI | 04/20/2001 | 09:14 | B#10193 | W | | | -1.65 | |

Deposits   3  For $   45.00
Withdraws  2  For $   -5.65
Invoices   4  For $   39.35

Page : 1
TOTAL P.01