# Notice of Address Change

Case 1:01-CV-00907
Stevens -v- Hawk-Sawyer

FILED SCRANTON
AUG 17 2001
PER _____ DEPUTY CLERK

14
8/17/01
TS

Now

Jason Stevens
Penobscot County Jail
85 Hammond St.
Bangor, Me 04401

George Stevens
85 Hammond St.
Bangor ME 04401



RETURNED FOR P...

Legal

United States District Court
PO Box 1148
Scranton, PA
18510-1148

