**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
for the
**MIDDLE DISTRICT OF PENNSYLVANIA**
William J. Nealon Federal Bldg. & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

(570) 207-5600  FAX (570) 207-5650
e-mail address: www.pamd.uscourts.gov

**MARY E. D'ANDREA**
Clerk of Court

Divisional Offices

Harrisburg:   (717) 221-3920
Williamsport: (570) 323-6380



August 16, 2001

Mr. Jason Travis Stevens
#44543-F
Maine State Prison
Box A
Thomaston, ME 04861

FILED
SCRANTON
AUG 20 2001
PER _____
DEPUTY CLERK

Re:   Stevens v. Hawk-Sawyer, et al.,
      Civil No. 1:CV-01-0907 (Judge Kane)

Dear Mr. Stevens:

I am writing in response to your recent letters regarding the case referenced above.

Enclosed for your information are copies of Doc. 1 (complaint), Doc. 4 (Administrative Order), Doc. 5 (Standing Practice Order), and Doc. 8 (Order dated July 19, 2001), along with a docket sheet of the case. Although there is usually a per page charge for copies, these copies are being provided to you on this one occasion free of charge.

Sincerely,

Diana L. Belisario, Esquire
Pro Se Law Clerk

DLB:laf
Enclosures