CV-01-907

FILED
HARRISBURG
AUG 27 2001
MARY E. D'ANDREA, CLERK
Per _____
DEPUTY CLERK

HARRISBURG PA 08-17-01

U.S. OFFICIAL MAIL
$0.340
METER 590023
PENALTY FOR PRIVATE USE $300

RETURN TO SENDER

RETURN TO SENDER
NO SUCH PERSON
AT
[ ]NE STATE PRISON

please return no longer here

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA 17108

OFFICIAL BUSINESS

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA 17108

OFFICIAL BUSINESS

FILED
HARRISBURG, PA
AUG 10 2001
MARY E. D'ANDREA, C
Per _____

☐ OTHER
☐ INSUFFICIENT ADDRESS
☐ ATTEMPTED NOT KNOWN
☐ NO SUCH NUMBER/STREET
☒ NOT DELIVERABLE AS ADDRESSED
— UNABLE TO FORWARD

RTS
RETURN TO SENDER

RTS
Return # ALP

MAIL ROOM          ALP
USP ALLENWOOD
P.O. BOX 3500
WHITE DEER, PA.
17887

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

JASON TRAVIS STEVENS, :
:
    Plaintiff : CIVIL NO. 1:CV-01-0907
:
v. : (Judge Kane)
:
KATHLEEN M. HAWK-SAWYER, ET AL.,:
:
    Defendants :

FILED
HARRISBURG, PA

JUL 1 9 2001

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

ORDER

AND NOW, THIS 17th DAY OF July 2001, IT IS HEREBY ORDERED THAT:

1. Plaintiff's motion to proceed in forma pauperis is construed as a motion to proceed without full prepayment of fees and costs and the motion is granted.[1]

2. The United States Marshal is directed to serve Plaintiff's complaint on the Defendants named therein.

                                                YVETTE KANE
                                                United States District Judge

YK:dlb

---

1. Stevens completed this court's form application to proceed in forma pauperis and authorization to have funds deducted from his prison account. The court then issued an Administrative Order directing the warden at his present place of confinement to commence deducting the full filing fee from Plaintiff's prison trust fund account.