COPY

## WAIVER OF SERVICE OF SUMMONS

TO: *Jason Travis Stevens*

(Name of plaintiff's attorney or pro se plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action of *Stevens* vs. *Hawk - Sawyer, et al* which is case number *CV-01-907* in the United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for the objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after *8-1-01* (date request was sent), or within 90 days after that date if the request was sent outside the United States.

*8/9/01*
Date

Signature

Printed/Typed Name:  *Jake Mendez*

Title if any:  *Warden*

Address:  *USP Allenwood*

For Corporation, if any:

Representing defendant(s) if any:

FILED
SCRANTON

SEP 21 2001

PER _____
DEPUTY CLERK

## WAIVER OF SERVICE OF SUMMONS

*RECEIVED*
*MIDDLE/PA*
*SEP -6 AM 8:31*

TO: _Jason_ ~~___~~ _Davis_ _Stevens_
(Name of plaintiff's attorney or pro se plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action of _Stevens_ vs. _Nawb - Sawyer, et al_ which is case number _CV-01-907_ in the United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for the objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after _8-1-01_ (date request was sent), or within 90 days after that date if the request was sent outside the United States.

_8-31-01_
Date

_____
Signature

Printed/Typed Name:  _J. Feeny_

Title if any:  _Special Investigative Agent_

Address:  _____

_____

For Corporation, if any:  _____

Representing defendant(s) if any:  _____

FILED
SCRANTON

SEP 21 2001

PER ___
DEPUTY CLERK

RECEIVED

**WAIVER OF SERVICE OF SUMMONS**

TO:     _Jason 2001 SEP 04 AM 8: Stevens_
(Name of plaintiff's attorney or pro se plaintiff)

       I acknowledge receipt of your request that I waive service of a summons in the action of _Stevens_ vs. _Hawk - Sawyer, et al_ which is case number _CV-01-907_ in the United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

       I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

       I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for the objections based on a defect in the summons or in the service of the summons.

       I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after _8-1-01_ (date request was sent), or within 90 days after that date if the request was sent outside the United States.

_8-9-01_
Date

_Signature_

Printed/Typed Name:     _Timothy Noone_

Title if any:     _Unit Manager_

Address:     _USP Allenwood._

FILED
SCRANTON

SEP 21 2001

For Corporation, if any:

Representing defendant(s) if any:

PER _____
DEPUTY CLERK

## WAIVER OF SERVICE OF SUMMONS

RECEIVED
USMS. MIDDLE/PA

TO: *Jason Travis Stevens*
(Name of plaintiff's attorney or pro se plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action of *Stevens* vs. *Hawk - Sawyer, et al* which is case number *CV-01-907* in the United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for the objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after *8-1-01* (date request was sent), or within 90 days after that date if the request was sent outside the United States.

| | |
|---|---|
| *9/7/01* | *Margaret Carpenter* |
| Date | Signature |

Printed/Typed Name: *Margaret Carpenter*

Title if any: *SIS Tech*

Address: *USP Allenwood*

FILED
SCRANTON

For Corporation, if any: SEP 21 2001

Representing defendant(s) if any: PER K

DEPUTY CLERK

## WAIVER OF SERVICE OF SUMMONS

RECEIVED

TO: _Jason Trav... 2001 SEP 20 Stevens_

(Name of plaintiff's attorney or pro se plaintiff)

       I acknowledge receipt of your request that I waive service of a summons in the action of _Stevens_ vs. _Nawb_ , which is case number _CV-01-907_ in the United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

       I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

       I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for the objections based on a defect in the summons or in the service of the summons.

       I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after _8-9-01_ (date request was sent), or within 90 days after that date if the request was sent outside the United States.

_9/14/01_

Date

_Steve Klapp_

Signature

Printed/Typed Name: _STEVEN R. KLAPP_

Title if any: _SENIOR OFFICER SPEC_

Address: _25 SOUTH JONES DR._

_WATSONTOWN, PA_

FILED
SCRANTON

For Corporation, if any: _____

SEP 21 2001

Representing defendant(s) if any: _____

PER _M_

DEPUTY CLERK

AO 440 (Rev. 10/93)  Summons in a Civil Case

# United States District Court

## MIDDLE DISTRICT OF PENNSYLVANIA

### SUMMONS IN A CIVIL CASE

JASON TRAVIS STEVENS,
                 **Plaintiff**

CASE NUMBER: 1:CV-01-907

Judge Kane

**v.**

KATHLEEN M. HAWK-SAWYER, et al.,
                 **Defendants**

To: (For the name and address of defendant(s): **SEE COMPLAINT**)

   **YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY
Jason Travis Stevens
FMC-Springfield
Federal Medical Center
PO Box 4000
Springfield, MO  65808

an answer to the complaint which is herewith served upon you, within **60days** after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MARY E.  D'ANDREA, Clerk

*Jennifer Kennedy*

(By) Jennifer Kennedy, Deputy Clerk

DATE: July 19, 2001

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal"*
*on the reverse of this form.*

| | |
|---|---|
| PLAINTIFF *Stevens* | COURT CASE NUMBER *CV-01-907* |
| DEFENDANT *Hawk-Sawyer* | TYPE OF PROCESS *S&C* |

**SERVE** ➤ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN *U. S. Attorney*

**AT** ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)* *Williamsport, PA*

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Number of process to be served with this Form - 285 *1*

Number of parties to be served in this case *1*

Check for service on U.S.A. *✓*

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

RECEIVED USMS MIDDLE/PA 2001 AUG -8 AM 8 43

Signature of Attorney or other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt... | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | *1* | No. *67* | No. *67* | *G. Lavelle* | *8/1/01* |

I hereby certify and return that I ☒ have personally served...

Name and title of individual served *(if not shown above)* *U.S. Attorney*

Address *(complete only if different than shown above)* *S/*

Date of Service *8-6-01* | Time *10 30* ☐ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal | Amount of Refund |
|---|---|---|---|---|---|---|

FILED SCRANTON

REMARKS: SEP 21 2001 PER DEPUTY CLERK

PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80)

**U.S. Department of Justice**
**United States Marshals Service**

## PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| *Stevens* | CV-01-907 |
| DEFENDANT | TYPE OF PROCESS |
| *Hawk-Sawyer* | Svc |

| SERVE ➡ | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | BOP   320 1st St. NW |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| AT | Washington, DC 20537 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All ... *bers, and Estimated Times Available For Service):*

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Kathleen Hawk
DIRECTOR
U.S. BUREAU OF PRISONS
320 1st STREET. N.W.
WASHINGTON, D.C. 20537

2. Article Number (Copy from service label)
7000 1670 0008 0554 3091

PS Form 3811, July 1999     Domestic Return Receipt     102595-00-M-0952

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)    B. Date of Delivery  8/10/01

C. Signature
X _____   ☐ Agent   ☐ Addressee

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

CV-01-907

Address (complete only if different than s...

---

...ONE NUMBER | DATE |

**WRITE BELOW THIS LINE**

...S Deputy or Clerk | Date  8/1/01

...as shown in "Remarks", the process described ...ration, etc., shown at the address inserted below.

...med above (See remarks below)

| | A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|

Date of Service  8/10/01 | Time

Signature of U.S. Marshal or Deputy
*P. Lavelle*

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 8.00 | | | 8.00 | | FILED SCRANTON | |

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| *Stevens* | *CV-01-907* |
| DEFENDANT | TYPE OF PROCESS |
| *Hawk-Sawyer* | *S&C* |

SERVE ➤ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
*The Attorney General, DoJ*

AT ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
*Washington, DC 20530*

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

___ THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All*

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*The Attorney General
DoJ
Washington, DC
20530*

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   **DEPARTMENT**   B. Date of Delivery
**JUSTICE**

C. Signature
X   **AUG - 6 2001**   ☐ Agent
                        ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:   ☐ No
*Ernest J. Parker*
**SUPERVISOR**

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label)
*7000 1670 0008 0554 5088*   *CV-01-907*

PS Form 3811, July 1999        Domestic Return Receipt        102595-00-M-0952

| | UMBER | DATE |
|---|---|---|
| | | |

**TE BELOW THIS LINE**

y or Clerk     Date *8/1/01*

in "Remarks", the process described , shown at the address inserted below.

(See remarks below)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Name and title of individual served (if not shown above)

Address (complete only if different than shown above)

| Date of Service | Time | am |
|---|---|---|
| *8/6/01* | | pm |

Signature of U.S. Marshal or Deputy
*J. Danelle*

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| *8.00* | | | *8.00* | | **FILED SCRANTON** | |

REMARKS: