1:CV-01-907

September 23, 2001

Jason Travis Stevens
USM #10182-036
PO Box 3000
White Deer, PA 17887

FILED
WILLIAMSPORT, PA

SEP 25 2001

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

Dear Clerk of Courts,

Last year, August/September, I filed a
civil rights complaint in Scranton. In
October 2000, I went on a Writ to maine,
and have either in Maine or "in transit"
until September 6, 2001 at which time I
came back to USP Allenwood.

I have written the U.S. Court in Scranton
several times, and received no response from
them. It may be that I have moved around
so much that their mail never caught up to
me and was returned.

I am unable to make service because I
do not know if forma Pauperis status
was granted or not. I also do not know
the docket number.

Would you please contact Scranton and

find out why I have received no response from them (I've written twice from here the last 21 days).

I would also like to know if Scranton is the correct jurisdiction for Allenwood penitentiary.

Last, would you please send me the following:

8 USM forms 285 Process of Service
1 Application to Proceed In Forma Pauperis
1 Authorization (Prisoner Account Only)
1 §1983 Civil Complaint form
1 Application to Proceed Without Prepayment of Fee's & Affidavit.

I would appreciate the docket number in Jason Steven-v-Kathleen Hawkes-Sawyer, et al. if you can obtain it.

Thanking you in advance, I am

Respectfully,
Jason Maris Stevens