*see as*

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

JASON TRAVIS STEVENS,               :
                                    :
       Plaintiff                    :    CIVIL NO. 1:CV-01-0907
                                    :
   v.                               :    (Judge Kane)
                                    :
KATHLEEN M. HAWK-SAWYER, ET AL.,    :
                                    :
       Defendants                   :

FILED
HARRISBURG, PA

OCT 0 2 2001

MARY E. D'ANDREA, CLERK
PER_____ DEPUTY CLERK

ORDER

AND NOW, THIS 2nd DAY OF ~~SEPTEMBER~~ October, 2001, upon consideration of Defendants' motion for an enlargement of time in which to file an answer to the above-captioned complaint, IT IS HEREBY ORDERED THAT said motion (Doc. No. 19) is granted. Defendants may file an answer to the complaint on or before October 15, 2001.

                                    _____
                                    YVETTE KANE
                                    United States District Judge

YK:dlb

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

October 2, 2001

Re:  1:01-cv-00907   Stevens v. Hawk-Sawyer

True and correct copies of the attached were mailed by the clerk to the following:

```
Jason Travis Stevens
USP-Allenwood
10182-036
PO Box 3000
White Deer, PA  17887

Joseph J. Terz, Esq.
U.S. Attorney's Office
Room 217, Federal Building
228 Walnut St.
Harrisburg, PA  17108
```

```
cc:
Judge                          (/)            ( ) Pro Se Law Clerk
Magistrate Judge               ( )            ( ) INS
U.S. Marshal                   ( )            ( ) Jury Clerk
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( ) with N/C attached to complt. and served by:
                                   U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( ) with Petition attached & mailed certified mail
                                   to: US Atty Gen   ( )   PA Atty Gen   ( )
                                       DA of County  ( )   Respondents   ( )
Bankruptcy Court               ( )
Other_____        ( )
```

MARY E. D'ANDREA, Clerk

DATE: _____10-2-01_____         BY: _____[signature]_____
                                         Deputy Clerk