Civil # 1:CV-01-0907 (Judge Kane)

24)

Oct. 1, 2001

Clerk of Courts,

This is to inform you that I have received all materials you have sent to me on Oct. 1, 2001.

Prior to receiving these documents I had not know service had been made upon any of the defendants and have submitted an Amended Complaint.

It is my desire to have the amended complaint served by the U.S. Marshal Service.

I want to thank you for the copies.

Sincerely,

Jason Stevens

PO Box 3000
White Deer PA 17887

FILED
SCRANTON
OCT 0 5 2001
PER _____
DEPUTY CLERK

Did you receive my amended complaint?

UNITED STATES DISTRICT COURT

_Middle_ DISTRICT OF _Pennsylvania_

Jason Stevens _____ Plaintiff  )
                                )
v.                              )  Docket No. CV 01 0907
                                )             KANE
Hawkes-Sawyer et al Defendant   )
                                )

## MOTION FOR SERVICE BY MARSHALL

Plaintiff submitted an <u>Application to Proceed Without Prepayment of Fees and Affidavit</u> in the above-captioned matter.

If granted, the plaintiff is requesting this court to order service of the summons and of the complaint upon the defendant(s) by the United States Marshall Service pursuant to 28 U.S.C. § 1915(d) and Rule 4(c)(2) Fed. R. Civ. P.

Dated: 10/1/01                    /s/ Jason Stevens

FILED
SCRANTON

OCT 0 5 2001

PER _____ DEPUTY CLERK

Amended Complaint