Law Clerk's Copy

MCC:JJT:all/2001V00751

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JASON TRAVIS STEVENS, | : | |
| Plaintiff | : | Civil No. 1:CV-01-0907 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| KATHLEEN M. HAWK-SAWYER, et al., | : | |
| Defendants | : | |

FILED
HARRISBURG
OCT 15 2001
MARY E. D'ANDREA,
Per _____
DEPUTY CLERK

### DEFENDANTS' MOTION TO DISMISS

Defendants, by and through undersigned legal counsel, move this Court to dismiss the Complaint pursuant to Fed. R. Civ. P. 12(b). A brief in support of this Motion will be filed in accordance with M.D. Pa. Local Rule 7.5.

Counsel certifies that he has not sought the concurrence of plaintiff's attorney because plaintiff is a prisoner proceeding pro se. M.D. Pa. Local Rule 7.1.

Respectfully submitted,

MARTIN C. CARLSON
United States Attorney

JOSEPH J. TERZ
Assistant U.S. Attorney

ANITA L. LIGHTNER
Paralegal Specialist
228 Walnut Street, 2nd Floor
P.O. Box 11754
Harrisburg, PA 17108-1754
(717) 221-4482

Dated: October 15, 2001

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JASON TRAVIS STEVENS, | : | |
| Plaintiff | : | Civil No. 1:CV-01-0907 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| KATHLEEN M. LAWK-SAWYER, et al., | : | |
| Defendants | : | |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion to be competent to serve papers.

That this 15th day of October, 2001, she served a copy of the attached

### DEFENDANTS' MOTION TO DISMISS

by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Harrisburg, Pennsylvania.

ADDRESSEE:

Jason Travis Stevens
Reg. No. 10182-036
USP Allenwood
P.O. Box 3000
White Deer, PA 17887

ANITA L. LIGHTNER
Paralegal Specialist