ORIGINAL

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

JASON TRAVIS STEVENS,  :
    Plaintiff  :  Civil No. 1:CV-01-0907
      :
v.  :  (Judge Kane)
      :
KATHLEEN M. HAWK-SAWYER, et al.,  :
    Defendants  :

FILED
HARRISBURG, PA
OCT 25 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

DEFENDANTS' MOTION FOR LEAVE TO FILE
A BRIEF IN EXCESS OF FIFTEEN PAGES

Defendants hereby request the Court to permit them to exceed the fifteen-page limit as provided in M.D. Pa. Local Rule 7.8 in filing their brief in support of defendants' motion to dismiss. A brief in support of this motion has been filed in accordance with Local Rule 7.5. Counsel certifies that she has not obtained Plaintiff's concurrence pursuant to Local Rule 7.1 because Plaintiff is a prisoner proceeding pro se.

                    Respectfully submitted,

                    MARTIN C. CARLSON
                    United States Attorney

                    JOSEPH J. TERZ
                    Assistant U.S. Attorney

                    ANITA L. LIGHTNER
                    Paralegal Specialist
                    228 Walnut Street
                    Harrisburg, PA 17108
                    (717) 221-4482

Dated:    October 25, 2001

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

JASON TRAVIS STEVENS,           :
    Plaintiff                   :    Civil No. 1:CV-01-0907
                                :
    v.                          :    (Judge Kane)
                                :
KATHLEEN M. HAWK-SAWYER, et al.,:
    Defendants                  :

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion to be competent to serve papers.

That this 25th day of October, 2001, she served a copy of the attached

**DEFENDANTS' MOTION FOR LEAVE TO FILE
A BRIEF IN EXCESS OF FIFTEEN PAGES**

by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Harrisburg, Pennsylvania.

ADDRESSEE:

Jason Travis Stevens
Reg. No. 10182-036
USP Allenwood
P.O. Box 3000
White Deer, PA 17887

                                                  ANITA L. LIGHTNER
                                                  Paralegal Specialist