ORIGINAL

(27)
10/26/01
~h

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JASON TRAVIS STEVENS, | : | |
| Plaintiff | : | Civil No. 1:CV-01-0907 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| KATHLEEN M. HAWK-SAWYER, et al., | : | |
| Defendants | : | |

FILED
HARRISBURG, PA

OCT 25 2001

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

## BRIEF IN SUPPORT OF DEFENDANTS' MOTION FOR LEAVE TO FILE A BRIEF IN EXCESS OF FIFTEEN PAGES

Defendants request the Court to permit them to exceed the fifteen-page limit as provided in M.D. Pa. Local Rule 7.8 in filing their brief in support of defendants' motion to dismiss.    The reasons for this motion are as follows:

1.    On May 23, 2001, Stevens filed a Bivens[1] complaint against the Director and the Regional Director of the Federal Bureau of Prisons and six Bureau of Prisons employees at the Allenwood United States Penitentiary at White Deer, Pennsylvania, claiming deliberate indifference with regard to Stevens' safety and inhumane conditions of confinement.

2.    On October 15, 2001, Defendants filed a motion to dismiss Stevens' Complaint.

3.    It is Defendants' belief that the allegations fail to state a claim and that the undisputed facts establish that defendants are entitled to dismissal.

---

[1] Bivens v. Six Unknown Agents of the Federal Bureau of Narcotics, 403 U.S. 388 (1971).

4.   Because of the number of defendants named in Stevens'
complaint, various legal claims and defenses and the need to
address all of the underlying facts relevant to each of the claims,
it may not be possible to address each of Stevens' allegations and
Defendants' defenses to them in a fifteen-page brief.

5.   Defendants submit that their brief in support of their
motion to dismiss will be no longer than twenty pages in length,
and likely less.

6.   Stevens will not be prejudiced in granting this motion;
indeed, granting this motion should assist Stevens in understanding
all of Defendants' defenses.

WHEREFORE, Defendants request this Court to grant their
request for leave to file their brief in support of defendants'
motion to dismiss in excess of the fifteen-page limit.

Respectfully submitted,

MARTIN C. CARLSON
United States Attorney


JOSEPH J. TERZ
Assistant U.S. Attorney

ANITA L. LIGHTNER
Paralegal Specialist
228 Walnut Street
Harrisburg, PA 17108
(717)221-4482

Dated: October 25, 2001

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JASON TRAVIS STEVENS, | : | |
| Plaintiff | : | Civil No. 1:CV-01-0907 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| KATHLEEN M. HAWK-SAWYER, et al., | : | |
| Defendants | : | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion to be competent to serve papers.

That this 25th day of October, 2001, she served a copy of the attached

**BRIEF IN SUPPORT OF DEFENDANTS' MOTION FOR LEAVE TO FILE**
**A BRIEF IN EXCESS OF FIFTEEN PAGES**

by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Harrisburg, Pennsylvania.

ADDRESSEE:

Jason Travis Stevens
Reg. No. 10182-036
USP Allenwood
P.O. Box 3000
White Deer, PA 17887

ANITA L. LIGHTNER
Paralegal Specialist