UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

JASON TRAVIS STEVENS,                :
                                     :
        Plaintiff                    :   CIVIL NO. 1:CV-01-0907
                                     :
    v.                               :   (Judge Kane)
                                     :
KATHLEEN M. HAWK-SAWYER, ET AL.,     :
                                     :
        Defendants                   :

**ORDER**

AND NOW, THIS 30th DAY OF OCTOBER, 2001, upon consideration of Defendants' motion for leave to file a brief in support of their motion to dismiss in excess of fifteen (15) pages, IT IS HEREBY ORDERED THAT said motion (Doc. No. 26) is granted. Defendants may a brief in excess of fifteen (15) pages, however, not to exceed twenty (20) pages.

                                    YVETTE KANE
                                    United States District Judge

YK:dlb

```
              UNITED STATES DISTRICT COURT
                       FOR THE
              MIDDLE DISTRICT OF PENNSYLVANIA

              * * MAILING CERTIFICATE OF CLERK * *

                      October 30, 2001


Re:  1:01-cv-00907     Stevens v. Hawk-Sawyer


True and correct copies of the attached were mailed by the clerk
to the following:


     Jason Travis Stevens
     USP-Allenwood
     10182-036
     PO Box 3000
     White Deer, PA   17887

     Joseph J. Terz, Esq.
     U.S. Attorney's Office
     Room 217, Federal Building
     228 Walnut St.
     Harrisburg, PA   17108



cc:
Judge                           (✓)        (✓) Pro Se Law Clerk
Magistrate Judge                ( )        ( ) INS
U.S. Marshal                    ( )        ( ) Jury Clerk
Probation                       ( )
U.S. Attorney                   ( )
Atty. for Deft.                 ( )
Defendant                       ( )
Warden                          ( )
Bureau of Prisons               ( )
Ct Reporter                     ( )
Ctroom Deputy                   ( )
Orig-Security                   ( )
Federal Public Defender         ( )
Summons Issued                  ( ) with N/C attached to complt. and served by:
                                    U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5             ( )
Order to Show Cause             ( ) with Petition attached & mailed certified mail
                                    to:  US Atty Gen   ( )    PA Atty Gen ( )
                                         DA of County  ( )    Respondents ( )
Bankruptcy Court                ( )
Other_____ ( )
                                                 MARY E. D'ANDREA, Clerk
```

10-31-01

