ORIGINAL

(31)  11/2/

October 29, 2001

Jason Travis Stevens
USM # 10182-036
US Penitentiary Allenwood
PO Box 3000
White Deer PA 17887

FILED
HARRISBURG, PA

NOV 0 1 2001

MARY E. D'ANDREA, CLERK
Per _____

Dear Clerk of Courts,

I mailed in an amended complaint
some time ago dated September 20, 2001.

Would you please let me know if
the court received it, and also send
me an updated docket/tracking.

    RE: Stevens -v- Hawk-Sawyer
       1: CV-01-907
       (Judge Kane)

           Thank You,

           Jason Stevens