# United States District Court
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA



JASON TRAVIS STEVENS  :
Plaintiff  :
:
v.  :  Civil No. 1:CV-01-0907
:  (Kane, J.)
:
KATHLEEN M. HAWK-SAWYER, at al. :
Defendants  :

FILED
HARRISBURG
NOV 0 5 2001
MARY E. D'ANDREA, CLERK
Per _____
DEPUTY CLERK

Now come the plaintiff, pro se, and does hereby withdraw and dismisses his complaint in this action without prejudice.

11/1/01       Jason Travis Stevens
              PO Box 3000
              White Deer PA
                   17887

Please inform the U.S. Attorney's Office of this dismissal.